JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GERARDO MARTINEZ-VELA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN W. Z. JENKINS, DIRECTOR C. PETERS<br><br>Respondents. | No. 2:23-01602-SPG-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED  October 24, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE